STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JACK THYFAULT AND THERESA SIRIMARCO, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued January 21, 1974—Decided February 20, 1974.

Before Judges LYNCH, MEHLER and MICHELS.

*Mr. Thomas E. Durkin, Jr.,* argued the cause for appellant.

*Mr. Steven J. Greenstein,* Assistant Prosecutor, argued the cause for respondent (*Mr. Joseph P. Lordi,* Essex County Prosecutor, attorney; *Mr. Michael H. Stieber,* Assistant Prosecutor, of counsel).

PER CURIAM. The judgment of the Essex County Court is affirmed essentially for the reasons set forth in the opinion of Judge Handler, 121 *N. J. Super.* 487.